# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE, DIVISON

| | | |
|---|---|---|
| INTERNATIONAL BUSINESS CORPORATION, INC., | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | CV No. 2:13-cv-00139-WCO |
| WAL-MART STORES, INC., AMAZON.COM, and ONWARD MANUFACTURING COMPANY LIMITED | ) ) ) ) | |
| Defendants | ) ) ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff International Business Corporation, Inc. and its counsel hereby give notice that Defendants Wal-Mart Stores, Inc,, Amazon.com, and Onward Manufacturing Company Limited are hereby voluntarily dismissed with prejudice from the above styled action.

Dated: November 8, 2013.

Respectfully submitted,

s/Robert J. Veal
Robert J. Veal
Georgia Bar No. 141695
rjveal@veal-ip.com
Veal Intellectual Property, LLC

11555 Medlock Bridge Road  
Suite 100  
Johns Creek, GA 30097  
Tel: (678) 653-4758  
Fax: (678) 597-1101

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2013, I electronically filed a Notice of Voluntary Dismissal with the Clerk of Court using the CMJECF system which will automatically send email notification of such filing to the following attorneys of record: NONE

I hereby certify that I have mailed by United States Postal Service or emailed the document to the following non CMJECF participants:

> Christopher V. Carani, Esq.
> McANDREWS HELD & MALLOY LTD.
> 500 West Madison St., Suite 3400
> Chicago Illinois 60661
> Attorney for Onward Manufacturing Company Limited

> Amazon.com, Inc.
> 1200 12th Avenue South
> Suite 1200
> Seattle, Washington, 98144

> Rosalyn Mitchell, Esq.
> Wal-Mart Stores, Inc.
> 702 SW 8th Street
> Bentonville, AR 72716-0520

s/ Robert J. Veal
Robert J. Veal
Attorney for International Business Corporation
Veal Intellectual Property, LLC
11555 Medlock Bridge Road
Suite 100
Johns Creek, GA 30097
Tel: (678) 653-4758
rjveal@veal-ip.com